IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jorge Lopez Sainz,<br><br>    Petitioner,<br><br>v.<br><br>Luis Rosa, Jr., *et al.*,<br><br>    Respondents. | No.   CV-25-04670-PHX-JJT (JFM)<br><br>**ORDER** |

    Petitioner Jorge Lopez Sainz, who is confined in the Florence Correctional Center, filed a *pro se* Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus and a Complaint for Declaratory and Injunctive Relief. On December 22, 2025, the Court ordered Respondents to show cause why the Petition should not be granted.

    On December 23, 2025, Respondents filed a Motion for Extension of Time to Respond to Petition for Writ of Habeas Corpus (Doc. 7) seeking an additional 3 days to respond to the Petition. Respondents claim they are unable to provide the Court documentary evidence by December 30, 2025 due to the holiday closure of all Executive Branch agencies from December 24 to December 26, 2025.

    The Court will grant Respondents' Motion and give Respondents until January 2, 2026 to file a response.

. . . .

. . . .

. . . .

**IT IS ORDERED:**

 (1) Respondents' Motion for Extension of Time to Respond to Petition for Writ of Habeas Corpus (Doc. 7) is **granted**. Respondents have until **January 2, 2026** to show cause why the Petition should not be granted.

 (2) Petitioner may file a reply no later than **January 12, 2026**.

Dated this 29th day of December, 2025.

             Honorable John J. Tuchi
             United States District Judge